This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-37747**

**DR. ROBERT BELFON,**

      Appellant-Appellant,

v.

**NEW MEXICO BOARD OF DENTAL
HEALTH CARE,**

      Appellee-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Robert J. Avila Law LLC
Robert J. Avila
Albuquerque, NM

for Appellant

Hector H. Balderas, Attorney General
Lori L. Chavez, Assistant Attorney General
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**VARGAS, Judge.**

**{1}** Dr. Robert Belfon (Appellant) filed the instant appeal, seeking further review of disciplinary action taken by the New Mexico Board of Dental Health Care (Appellee). We previously issued a notice of proposed summary disposition in which we proposed to affirm. Appellant has filed a responsive document indicating that he has determined not to proceed further with the appeal, and will not file a memorandum in opposition.

**{2}** Accordingly, for the reasons previously stated in the notice of proposed summary disposition, we affirm.

**{3}** **IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**BRIANA H. ZAMORA, Judge**